## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eighth Judicial District, County of Choteau. STATE OF MONTANA, Plaintiff, vs. JEFFREY ALLEN ALBRECHT, Defendant.

## DECISION

No. DC-82-006

The application of the above-named defendant for a review of the sentence of 5 years imposed on June 23, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall be amended to 5 years with 3 years suspended.

The reasons for the amendment are as follows:

(1) the age of the Defendant;

(2) the recommendation by the parole officer in the parole reports;

(3) the comments made by the sentencing judge in his sentencing report, that he felt there was some doubt concerning granting the Defendant a five-year sentence; and

(4) there were no reasons given for a five-year sentence when the Defendant is a first-time offender.

We wish to thank Sally Christensen, of the Montana Defender Project, for her assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eighth Judicial District, County of Cascade. STATE OF MONTANA, Plaintiff, vs. MICHAEL ALAN DICKENS, Defendant.

## DECISION

No. (B)DC-18-011

The application of the above-named defendant for a review of the sentence of 20 years for Count II; plus 10 years for weapon; consecutive; plus 30 years for Count I to run concurrently to the above imposed on June 8, 1981, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

This Board reviewed the District Court file very carefully and feels under the circumstances as set forth in the Court Findings, the sentence imposed was

justified.

We wish to thank Dan McKay, of the Montana Defender Program, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

### SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eighth Judicial District, County of Cascade. STATE OF MONTANA, Plaintiff, vs. PHILIP ALLEN ELDEEN, Defendant.

### DECISION

No. (C)DC-81-171

The application of the above-named defendant for a review of the sentence of 8 years imposed on March 29, 1982, was fully heard and after a careful consideration of the entire matter itis decided that:

The sentence shall remain the same as originally imposed.

The Defendant had two previous felonies, and in view of his past criminal history, the sentence imposed was appropriate for the crime involved.

We wish to thank Leif Jensen, of the Montana Defender Project, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

### SENTENCE REVIEW DIVISION

Leonard Langen, Joseph Gary, Mark Sullivan

From: The District Court of the Eighth Judicial District, County of Cascade. STATE OF MONTANA, Plaintiff, vs. WILLIAM ALOYSIUS THUMM, Defendant.

### DECISION

No. (C)DC-81-180

The application of the above-named defendant for a review of the sentence of 10 years; Dangerous imposed on June 8, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

Under the circumstances, the sentence does not seem excessive for the crime committed.

We wish to thank Marjorie Rodriquez, of the Montana Defender Project, for her assistance to the Defendant and to this Court.